IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CIVIL ACTION NO. 4:09-CR-346 |
| : | |
| v.  : | (Chief Judge Conner) |
| : | |
| **GREGORY O'NEAL** : | |

# ORDER

AND NOW, this 26th day of July, 2016, upon consideration of the *pro se* motion (Doc. 262) of defendant Gregory O'Neal ("O'Neal"), wherein O'Neal seeks reconsideration of the court's order (Doc. 261) of June 30, 2016, denying his motion (Doc. 260) to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 after finding that same is a second or successive motion filed without permission of the appropriate court of appeals, (Doc. 261); see 28 U.S.C. §§ 2244(b)(3)(A), 2255(h), and it appearing that O'Neal's sole basis for objecting to the court's prior order is his perception and cursory assertion that the ruling constitutes "an invasion of the 5th Amendment's public guaranteed protection against arbitrary and illegitimate actions committed against the people by the United States Corporation," (Doc. 262 at 1), but that O'Neal identifies neither legal nor factual error in the court's prior ruling, it is hereby ORDERED that O'Neal's motion (Doc. 262) for reconsideration is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania